IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02401-WYD-MEH

PEDERSEN DEVELOPMENT COMPANY, LLC;

      Plaintiff,

v.

THE STEAMBOAT CROSSING DEVELOPMENT, LLC;

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 23, 2007.**

      Plaintiff's Uncontested Motion for Leave to Amend Complaint [Filed March 23, 2007; Docket #12] is **granted**. The Clerk of the Court is directed to file Docket #12-2 as Plaintiff's Amended Complaint.