# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-02401-MJW-MEH            FTR

**Date:**  May 21, 2007                              Shelley Moore, Deputy Clerk

PEDERSEN DEVELOPMENT COMPANY, LLC,          James R. Ghiselli

      Plaintiff(s),

v.

THF STEAMBOAT CROSSING DEVELOPMENT,          Michael M. Godsy

      Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONE STATUS CONFERENCE**

**Court in Session 2:01 p.m.**

Court calls case.  Appearances of counsel.

Mr. Godsy makes statements concerning the Court's order dated May 16, 2007 (document 21). He states the problem which delayed their document production was due to the ability to obtain the documents from the computer vendor.  He is now receiving documents and turning them over.

Mr. Ghiselli presents responsive remarks.  He has doubts that they'll be able to meet the expert deadlines.

**ORDERED:**   The Motion to Compel (document 20) is DENIED without prejudice.  Defendant shall provide responses to requests for production of documents and/or a privilege log by June 8, 2007.  Should that not be accomplished, Mr. Ghiselli is granted leave to file an appropriate motion, including which documents were not received.

**Court in recess 2:11 p.m.**
Total In-Court Time 0:10, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.