IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.  06-cv-02401-MJW-MEH

PEDERSEN DEVELOPMENT COMPANY, LLC,

    Plaintiff,

v.

THE STEAMBOAT CROSSING DEVELOPMENT, LLC,

    Defendant.

## MINUTE ORDER

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. 24) is GRANTED finding good cause shown.  The Rule 16 Scheduling Order is amended as follows:

    Deadline to complete discovery is extended to January 14, 2008;

    Deadline to file dispositive motions is extended to February 14, 2008;

    The Final Pretrial Conference set on January 14, 2008, at 9:30 am. is VACATED and reset to April 18, 2008, at 8:30 a.m.  The parties shall e-file their proposed Final Pretrial Order with the court on or before April 14, 2008;

    Deadline for Plaintiff to designate experts is extended to November 13, 2007;

    Deadline for Defendant to designate experts is extended to December 13, 2007;

    Deadline for Plaintiff to designate rebuttal experts is extended to December 28, 2007.

Date:  June 26, 2007