IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02401-MJW-MEH

PEDERSEN DEVELOPMENT COMPANY, LLC,

      Plaintiff,

v.

THE STEAMBOAT CROSSING DEVELOPMENT, LLC,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Entered by Magistrate Judge Michael J. Watanabe


      Upon the court's review of the parties' Stipulation for Dismissal With Prejudice, filed with the Court on July 30, 2007 (DN 27), the Court hereby ORDERS the following:

      a.  The Stipulation for Dismissal with Prejudice, filed with the Court on July 30, 2007, is Approved and made an Order of the Court.

      b.  The Final Pretrial Conference set on April 18, 2008, at 8:30 a.m. (before Magistrate Judge Watanabe), is VACATED.

      c.  The Settlement Conference set on September 10, 2007, at 10:00 a.m. (before Magistrate Judge Hegarty), is VACATED.

      FURTHER, it is ORDERED, that this case is dismissed with prejudice, each party to pay their own costs, expenses, and attorneys' fees.

BY THE COURT:


Dated: July 31, 2007          s/Michael J. Watanabe
     Denver, Colorado         MICHAEL J. WATANABE
                         U.S. Magistrate Judge